Wm. Thomas Lewis/State Bar No. 116695
**ROBERTSON & LEWIS**
Attorneys at Law
150 Almaden Boulevard, Suite 950
San Jose, CA 95113
Telephone: (408) 294-3600
Attorneys for Defendant
Santa Cruz County Bank

## UNITED STATE BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re **HARBANS S. GREWAL** and **MANJIT K. GREWAL**,<br><br>Debtors. | Case No. 10-60800<br><br>Chapter 7<br><br>Adversary Proceeding No. 11-05067 |
| **HARBANS S. GREWAL** and **MANJIT K. GREWAL**,<br><br>Plaintiffs,<br><br>vs.<br><br>**SANTA CRUZ COUNTY BANK** and Does 1-10<br><br>Defendants | NOTICE OF UNAVAILABILITY OF COUNSEL |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that counsel for Defendant, Wm. Thomas Lewis, Esq. of Robertson & Lewis, will not be in the office and will be unavailable from May 23, 2011 to June 8, 2011, and returning to the office on June 9, 2011. During the time specified, Mr. Lewis and Robertson & Lewis will be unavailable for all purposes, including, but not limited to, receiving notice of any kind, court hearings, motions or discovery items, responding to ex parte applications, attending depositions, receiving or responding to any mail and/or e-mails and/or voice mails, and/or receiving or returning any telephone calls.

///

///

1

Purposely scheduling a conflicting proceeding without good cause is conduct subject to sanctions. <u>Tenderloin Housing Clinic vs. Sparks</u> (1992) 8 Cal.App.4th 299.

Dated: May 16, 2011                          **ROBERTSON & LEWIS**

By: /s/ *Wm. Thomas Lewis, Esq*
     Wm. Thomas Lewis, Esq.
     Attorneys for Defendant
     Santa Cruz County Bank

ROBERTSON & LEWIS
Attorneys at Law
150 Almaden Blvd.
Suite 950
San Jose, CA 95113