

1  Wm. Thomas Lewis/State Bar No. 116695
   **ROBERTSON & LEWIS**
2  Attorneys at Law
   150 Almaden Boulevard, Suite 950
3  San Jose, CA 95113
   Telephone: (408) 294-3600
4  Attorneys for Defendant
   Santa Cruz County Bank

IT IS SO ORDERED.
Signed May 31, 2011

*Arthur S. Weissbrodt*
**Arthur S. Weissbrodt**
**U.S. Bankruptcy Judge**

UNITED STATE BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re **HARBANS S. GREWAL** and **MANJIT K. GREWAL**,<br><br>Debtors. | Case No. 10-60800<br><br>Chapter 7<br><br>Adversary Proceeding No. 11-05067 |
| **HARBANS S. GREWAL** and **MANJIT K. GREWAL**,<br><br>Plaintiffs,<br><br>vs.<br><br>**SANTA CRUZ COUNTY BANK** and Does 1-10<br><br>Defendants | ORDER DENYING MOTION TO STRIKE ADVERSARY COMPLAINT ON THE GROUNDS OF LACK OF SUBJECT MATTER JURISDICTION AND FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED<br><br>Date: May 17, 2011<br>Tim: 2:15 p.m.<br>Court: 3020<br>Judge: Hon. Arthur Weissbrodt |

The motion to strike adversary complaint on the grounds of lack of subject matter jurisdiction and for failure to state a claim upon which relief can be granted (the "Motion") came before this court at the date and time set forth above, at which Greg Charles appeared on behalf of debtors and plaintiffs **HARBANS S. GREWAL** and **MANJIT K. GREWAL** (the "Plaintiff") and Wm. Thomas Lewis appeared on behalf of defendant **SANTA CRUZ COUNTY BANK** (the "Defendant").

Having considered the moving and opposition papers and for the reasons set forth in the record on this matter, court orders as follows:

1. The Motion is hereby denied.

2. Defendant shall file an answer to the complaint on file by June 30, 2011.

1

3. The telephonic case management conference shall be continued from June 24, 2011 at 2:00 p.m. to July 15, 2011 at 3:00.

* * * *END OF ORDER****

ROBERTSON & LEWIS
Attorneys at Law
150 Almaden Blvd.
Suite 950
San Jose, CA 95113

2

| | |
|---|---|
| 1 | Service List |
| 2 | **Plaintiff Attorney** |
| | Gregory Charles, Esq. |
| 3 | Campeau, Goodsell, Smith LC |
| | 440 North First Street, Suite 100 |
| 4 | San Jose, CA 95112 |

ROBERTSON & LEWIS
Attorneys at Law
150 Almaden Blvd.
Suite 950
San Jose, CA 95113